IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

JASON HETRICK

    Plaintiff(s),

v.

BRANDON P. WOODS, RYDER TRUCK RENTAL, INC., a Florida corporation, and KEHE DISTRIBUTORS a/k/a KEHE ENTERPRISES LLC, an Illinois corporation,

    Defendant(s).

## DEFENDANTS' RYDER and KeHE's NOTICE OF REMOVAL

    COMES NOW the Defendants, Ryder Truck Rental INC., ("Ryder") and KeHE Distributors, ("KeHE") by and through counsel, The Ross-Shannon Law Firm, P.C., and pursuant to 28 U.S.C.A. § 1446, hereby removes the above action from the District Court for Baca County, based on the following grounds:

    1.    The above action was filed in the District Court, Baca County, Colorado and is now pending in that Court. Process, including a Summons and Complaint, and Plaintiff's District Court Civil Case Cover Sheet for Initial Pleading of Complaint, were served on Defendant's Ryder Truck Rental and KeHE Distributors on July 31, 2018.

    2.    The Plaintiff alleges that this action is a civil action involving an amount in controversy exceeding $100,000, exclusive of interest and costs. Specifically, in Plaintiff's District Court Civil Case Cover Sheet for Initial Pleading of Complaint, Paragraph 2 Plaintiff checked the box stating C.R.C.P. Rule 16.1 does not apply, because he is seeking over $100,000.

    3.    Moreover, this is a civil action between parties of diverse citizenship and for which this Court, has original jurisdiction under 28 U.S.C.A. § 1332. Plaintiff is a citizen of the State of Colorado. Defendant Ryder is a citizen of the state of Florida, and Defendant KeHE is a citizen of the State of Illinois. No change of citizenship has occurred since the commencement of this action.

4.      Based upon information and belief, Defendant Brandon P. Woods is a resident and citizen of the state of Texas.

5.      Defendants are entitled to remove the above action from the State District Court to the United States District Court pursuant to 28 U.S.C.A. § 1446(a).

6.      Copies of all process and pleadings served on Defendants are attached and filed with this Notice.

Dated:  August 27, 2018          Respectfully submitted,

*/s/ Bradley Ross-Shannon*
Bradley Ross-Shannon
Mark J. Gauthier
THE ROSS-SHANNON LAW FIRM, P.C.
12596 West Bayaud Avenue, Suite 380
Lakewood, CO  80228
Telephone:  (303) 988-9500
Facsimile:  (303) 988-9511
E-mail:  br-s@ross-shannonlaw.com
             mgauthier@ross-shannonlaw.com

Attorneys for Defendants
Ryder Truck Rental and KeHE Distributors

Defendant's Address:

Ryder Truck Rental
11690 NW 105th Street
Miami, FL  22178


KeHE Distributers
1245 E. Diehl Road, Suite #200
Naperville, IL  60563

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2018, a true and correct copy of the foregoing **DEFENDANTS' RYDER and KeHE's NOTICE OF REMOVAL** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A Gary Bell, Jr., Esq.
Bell & Pollock, P.C.
5660 Greenwood Plaza Boulevard, Suite 220
Greenwood Village, CO  80111

*Signed original document maintained and available pursuant to Rule 121*

*/s/ Carla Carlson*