| | |
|---|---|
| DISTRICT COURT, BACA COUNTY, COLORADO<br>Baca County Courthouse<br>741 Main Street, Suite 5<br>Springfield, CO  81073 | |
| Plaintiff(s):  JASON HETRICK<br><br>v.<br><br>Defendant(s): BRANDON P. WOODS, RYDER<br>TRUCK RENTAL, INC., a Florida<br>corporation, and KEHE DISTRIBUTORS<br>a/k/a KEHE ENTERPRISES LLC, an<br>Illinois corporation | ▲ COURT USE ONLY ▲ |
| Attorneys for Defendants Ryder Truck Rental and<br>KeHe Distributors<br>Bradley Ross-Shannon, Attorney Reg. #15220<br>Mark J. Gauthier, Attorney Reg. #21349<br>THE ROSS-SHANNON LAW FIRM, P.C.<br>12596 West Bayaud Avenue, Suite 380<br>Lakewood, Colorado 80228<br>Telephone:  (303) 988-9500<br>Facsimile:    (303) 988-9511<br>Email:  br-s@ross-shannonlaw.com<br>            mgauthier@ross-shannonlaw.com | Case No. 2018CV30002<br><br>Division D |

### DEFENDANTS' RYDER and KeHE'S NOTICE OF REMOVAL

COMES NOW the Defendants, Ryder Truck Rental INC., ("Ryder") and KeHe Distributors, ("KeHE") by and through counsel, The Ross-Shannon Law Firm, P.C., and submits the following Notice of Removal.

On August 23, 2018 Defendants Ryder Truck Rental and KeHe Distributors filed a Notice of Removal to the United States District Court for the District of Colorado, pursuant to 28 U.S.C.A. 1446.

A copy of Defendant's Notice of Removal is attached hereto.

Dated:  August 23, 2018

Respectfully submitted,

THE ROSS-SHANNON LAW FIRM, P.C.
*Signed original document maintained and available pursuant to Rule 121.*

*/s/ Mark J. Gauthier*
Bradley Ross-Shannon, #15220
Mark J. Gauthier #21349


## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, a true and correct copy of the foregoing **DEFENDANTS' RYDER AND KEHES NOTICE OF REMOVAL** was sent via ICCES, addressed to the following:

A. Gary Bell, Jr., Esq.
Bell & Pollock, P.C.
5660 Greenwood Plaza Blvd, Suite 220
Greenwood Village, CO  80111
*Attorneys for Plaintiff*

*Signed original document maintained and available pursuant to Rule 121.*

*/s/ Carla Carlson*

Your filing has been successfully submitted to the court. Your filing is not considered final until the court accepts it.

**Filing Information:**

| | |
|---|---|
| Filing ID: | B3998F6D1AC72 |
| Court Location: | Baca County |
| Case Number: | 2018CV030002 |
| Case Caption: | Hetrick, Jason v. Woods, Brandon et al |
| Authorized Date: | 08/23/2018 3:21 PM |
| Submitted By: | Carla Carlson |

**Filing Party(ies):**

| Party | Type | Status | Attorney |
|---|---|---|---|
| Kehe Distributors Aka Kehe Enterprises | Defendant | Active | Bradley Ross-Shannon (The Ross Shannon Law Firm PC)<br>Mark Joseph Gauthier (The Ross Shannon Law Firm PC) |
| Ryder Truck Rental Inc | Defendant | Active | Bradley Ross-Shannon (The Ross Shannon Law Firm PC)<br>Mark Joseph Gauthier (The Ross Shannon Law Firm PC) |

**Documents:**

| Document ID | Document | Title | Statutory Fee | Security |
|---|---|---|---|---|
| 2A9AA74D3F1F0 | Notice of Removal | Notice of Removal - Defendants' Ryder and KeHE's Notice of Removal | $158.00 | Public |

**Service:**

| Party | Type | Attorney | Organization | Method |
|---|---|---|---|---|
| Jason Hetrick | Plaintiff | Anthony Gary Bell Jr. | Bell and Pollock PC | E-Service |

**Submission Options:**

| | |
|---|---|
| Note To Clerk: | N/A |
| Authorizer: | Mark Joseph Gauthier |
| Submit Options: | Submit to the court and serve selected parties. |

**Billing Information:**

| | |
|---|---|
| Statutory Filing Fees: | $158.00 |
| E-Filing Fees: | $6.00 |
| Service Fees: | $7.50 |
| Total Fees: | $171.50 |
| Billing Reference: | TR.Woods-Kehe Distributors.Hetrick |